Bobby Joe GRUNDY

v.

STATE

CR-13-1706

Court of Criminal Appeals of Alabama.

01/07/2015

Reh. denied

Eddie FORD

v.

ALABAMA DEP'T OF CORR.

CR-13-1715

Court of Criminal Appeals of Alabama.

02/27/2015

Reh. denied

Robert Daniel ALLEN

v.

STATE

CR-13-1717

Court of Criminal Appeals of Alabama.

03/06/2015

Reh. denied 03/27/2015

Affirmed

Ronnie Odell PARKER

v.

STATE

CR-13-1729

Court of Criminal Appeals of Alabama.

03/06/2015

Reh. denied 03/27/2015

Affirmed

Kenneth E. MORRIS

v.

STATE

CR-13-1730

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed